**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**John Doe**

Petitioner,

vs.

**David Wesling**, Acting Field Office Director, Boston, U.S Immigration and Customs Enforcement,

**Todd Lyons**, Acting Director, U.S. Immigration and Customs Enforcement,

Respondents.

**CASE NO: 1:26-cv-11742-NMG**

**PETITIONER'S MOTION FOR ENTRY OF JUDGMENT**

By the instant Motion, Petitioner John Doe respectfully requests that the Court enter judgment in the above-captioned case. On June 24, 2026, this Court granted Mr. Doe's Petition for Writ of Habeas Corpus and ordered Respondents to release Mr. Doe from Plymouth County Correctional Facility, where he was being held in the custody of Immigration and Customs Enforcement (ICE). *See* Memorandum & Order, Doc. No. 36 at 6. Thus, Mr. Doe received the relief he sought and requests the entry of judgment in this case in favor of Petitioner. Mr. Doe intends to submit an application for attorney's fees and costs pursuant to the Equal Access to Justice Amendment (EAJA) once the judgment becomes final, 60 days following the date of entry of judgment. *See* 28 U.S.C. § 2412(d)(1)(B) ("A party seeking an award of fees and other expenses shall, within thirty days of final judgment in the action, submit to the court an application for fees and other expenses").

Respectfully submitted,

JOHN DOE,

By his attorney,

*/s/ Claire Maguire*

Claire Maguire
BBO # 709426
Northeast Justice Center
181 Union Street, Suite 201B
Lynn, MA 01901
978.888.0661
cmaguire@njc-ma.org

Dated: September 14, 2026

**Rule 7.1 Certification**

I, Claire Maguire, hereby certify that the parties to the above-captioned litigation, through counsel, conferred in good faith concerning the relief sought in the instant Motion. Special Assistant U.S. Attorney Erica McMahon, counsel for Respondents, indicated that Respondents take no position on this motion.

*/s/ Claire Maguire*

Dated: September 14, 2026

**Certificate of Service**

I, Claire Maguire, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any non-registered participant.

*/s/ Claire Maguire*

Dated: September 14, 2026