UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN DOE,<br><br>Petitioner,<br><br>v.<br><br>DAVID WESLING, *et al.*,<br><br>Respondents. | No. 1:26-cv-11742-NMG |

**RESPONDENTS' STATUS REPORT**

Respondents, by and through their attorney, Leah B. Foley, United States Attorney for the District of Massachusetts, submit this status report regarding Petitioner's release. *See* ECF Nos. 36, 38. Pursuant to this Court's Order, U.S. Immigration and Customs Enforcement released Petitioner from custody on June 24, 2026. Respondents respectfully request this Court dismiss this action as the petition has been granted and the relief ordered by this Court provided.

Dated: September 30, 2026

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Erica McMahon*
Special Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel.: 617-748-3271
Email: Erica.McMahon@usdoj.gov

**CERTIFICATE OF SERVICE**

I, Erica McMahon, Special Assistant United States Attorney, hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Paper copies will be sent to those indicated as non-registered participants.

Dated: September 30, 2026

By: *<u>/s/ Erica McMahon</u>*
Special Assistant United States Attorney